People v Young (2026 NY Slip Op 01538)

People v Young

2026 NY Slip Op 01538

Decided on March 18, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 18, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
LARA J. GENOVESI
HELEN VOUTSINAS
CARL J. LANDICINO, JJ.

2023-06288
 (Ind. No. 74170/21)

[*1]The People of the State of New York, respondent,
vGary Young, appellant.

Patricia Pazner, New York, NY (Sarah B. Cohen of counsel; Cameron Gunn on the brief), for appellant.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove, Amy Appelbaum, and Keerthana Nunna of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the Supreme Court, Kings County (Evelyn Laporte, J.), rendered June 28, 2023, convicting him of criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
The defendant's contention that his sentence as a second felony offender (Penal Law § 70.06) is unconstitutional is unpreserved for appellate review, as the defendant failed to raise a constitutional challenge before the Supreme Court (see CPL 470.05[2]; People v Hollmond, 243 AD3d 677, 678; People v Smith, 242 AD3d 775, 775). We decline to review it in the exercise of our interest of justice jurisdiction (see People v Hollmond, 243 AD3d at 678; People v Munoz, 237 AD3d 1110, 1111).
The sentence imposed was not excessive (see People v Suitte, 90 AD2d 80).
BARROS, J.P., GENOVESI, VOUTSINAS and LANDICINO, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court